UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80716-CIV-MIDDLEBROOKS/BRANNON

LIDES ARNALDO SOTO,

    Plaintiff,

vs.

HALO POLO LLC, *et al.*,

    Defendants.
_____/

### ORDER ACCEPTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon Plaintiff and Defendant Marc Ganzi's ("Ganzi") Joint Stipulation for Dismissal with Prejudice as to Defendant Ganzi (DE 22) ("Joint Stipulation"), filed November 25, 2013. The Parties filed this Joint Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(a). After reviewing the Joint Stipulation, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Stipulation for Dismissal with Prejudice (DE 22) is **ACCEPTED**.

It is further hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's claims against Defendant Marc Ganzi *only* are **DISMISSED WITH PREJUDICE**;
2. The Clerk of Court shall **TERMINATE** Defendant Ganzi from this case; and
3. Plaintiff and Defendant Ganzi shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26 day of November, 2013.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record