UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# MINUTES - CIVIL JURY TRIAL

**CASE NO.**:   13-80716-CIV-MIDDLEBROOKS

**DAY #**:   2

**DATE**:   February 25, 2014

**REPORTER**:  Karl Shires

**Courtroom Deputy**:  Genevieve McGee

**STYLE**:   LIDES ARNALDO SOTO
             vs.
             HALO POLO, LLC and MELISSA GANZI

**COUNSEL**:   Jamie H. Zidell, Esq., for Plaintiff

              Daniel S. Rosenbaum, Esq., for Defendants

| | |
|---|---|
| 9:00 | a.m./pm - Jury trial |
| _____ | Jury Selection/Voir dire began. |
| _____ | Jury empaneled & sworn |
| _____ | Opening statements to the jury |
| _____ | Jury trial held and continued to _____ |
| X | Closing Arguments to the jury |
| X | Jury Instructions |
| X | Jury deliberating |
| _____ | Jury trial continued to: _____. |
| X | Jury returned a verdict.   See verdict form. |
| _____ | Case settled prior to bringing in the jury. |

Comments: