UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80716-CIV-MIDDLEBROOKS

LIDES ARNALDO SOTO,

    Plaintiff(s),

vs.

HALO POLO, LLC and MELISSA GANZI,

    Defendant(s).
_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

We have reached a verdict.

PLEASE DATE AND SIGN