UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80716-CIV-MIDDLEBROOKS/BRANNON

LIDES ARNALDO SOTO,

    Plaintiff,

vs.

HALO POLO, LLC and MELISSA GANZI,

    Defendants.
_____/

## VERDICT FORM

### Count One: FLSA Overtime Wage Claim

**Do you find from a preponderance of the evidence:**

1.    That Defendants Halo Polo, LLC and Melissa Ganzi failed to pay Plaintiff Lides Arnaldo Soto the overtime pay required by the FLSA?

    Answer Yes or No    **No**

[If your answer to Question 1 is "No," skip Questions 2, 3, and 4, and go on to Question 5. If your answer is "Yes," then go on to the next question.]

1

2. That Plaintiff Lides Arnaldo Soto was exempt from the Fair Labor Standards Act's overtime pay requirements as an agricultural employee?

        Answer Yes or No   _____

[If your answer to Question 2 is "Yes," skip Questions 3 and 4, and go on to Question 5. If your answer is "No," then go on to the next question.]

3. That Defendants Halo Polo, LLC and Melissa Ganzi knew or showed reckless disregard for whether their conduct was prohibited by the FLSA's overtime wage requirements?

        Answer Yes or No _____

4. That Plaintiff Lides Arnaldo Soto should be awarded damages for his unpaid overtime claim?

        Answer Yes or No   _____

        If your answer is "Yes,"
        in what amount?   $_____

## Count Two and Count Three:  FLSA and FMWA Minimum Wage Claims

### Do you find from a preponderance of the evidence:

5. That Defendants Halo Polo, LLC and Melissa Ganzi failed to pay Plaintiff Lides Arnaldo Soto the minimum wages required by the FLSA and FMLA?

    Answer Yes or No    __NO__

[If your answer to Question 5 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," go on to the next question.]

6. That Defendants Halo Polo, LLC and Melissa Ganzi knew or showed reckless disregard for whether their conduct was prohibited by the FLSA's or FMWA's minimum wage requirements?

    Answer Yes or No    _____

7. That Plaintiff Lides Arnaldo Soto should be awarded damages for his FLSA and FMWA minimum wage claims?

    Answer Yes or No    _____

    If your answer is "Yes,"
    in what amount?    $_____

3

SO SAY WE ALL.

_____
Foreperson (please sign)


_____
Foreperson (please print)

DATE: 2-25-14