# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-80716-CIV-MIDDLEBROOKS/BRANNON

LIDES ARNALDO SOTO,

     Plaintiff,

vs.

HALO POLO, LLC and MELISSA
GANZI,

     Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the jury verdict, dated February 25, 2014, wherein the jury found in favor of Defendants Halo Polo, LLC and Melissa Ganzi on all counts.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** in favor of Defendants Halo Polo, LLC and Melissa Ganzi and against Plaintiff Lides Arnaldo Soto on all counts.

Further, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28 day of February, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record